IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TERRAN BIOSCIENCES, INC., *et al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>COMPASS PATHFINDER LIMITED, *et al.*<br><br>    *Defendants*. | Civil Action No. ELH-22-1956 |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 11th day of March 2025, by the United States District Court for the District of Maryland, **ORDERED**:

1) Compass's Motion to Dismiss the Third Amended Complaint (ECF 93) is **GRANTED** in part and **DENIED** in part.  Specifically, Doe Defendants 1–10 are hereby dismissed.  The Motion is otherwise **DENIED**;

2) The Clerk is directed to file the Memorandum Opinion under seal, because the Court has included information obtained from a document that was filed under seal.  *See* ECF 68-2. Therefore, by March 27, 2025, the parties shall advise the Court as to whether they object to the lifting of the seal so that the Memorandum Opinion may be publicly docketed or, alternatively, whether the Court should file a redacted version, limited to omissions of quotations from the MLA, contained in Section IV(B);

3) If either side seeks redactions in addition to what is described in ¶ 2, the proposed redactions must be submitted by March 27, 2025; and

4) Compass shall file an answer to the Third Amended Complaint by March 27, 2025.

/s/
Ellen Lipton Hollander
United States District Judge