### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 28, 2025

LETTER TO COUNSEL

      Re:    *Terran Biosciences, et al. v. Compass Pathfinder Limited*
              Civil Action No. ELH-22-1956

Dear Counsel:

As you know, on March 11, 2025, the Court issued a Memorandum Opinion (ECF 122) and Order (ECF 123) granting in part and denying in part defendant's Motion to Dismiss the Third Amended Complaint (ECF 93). The Memorandum Opinion was filed under seal because the Court included information obtained from an exhibit filed under seal. *See* ECF 68-2.

The Order (ECF 123) directs the parties, by March 27, 2025, to "advise the Court as to whether they object to the lifting of the seal so that the Memorandum Opinion may be publicly docketed or, alternatively, whether the Court should file a redacted version, limited to omissions of quotations from the [Master Licensing Agreement], contained in Section IV(B)." ECF 123, ¶ 2. The Order also states, *id.* ¶ 3: "If either side seeks redactions in addition to what is described in ¶ 2, the proposed redactions must be submitted by March 27, 2025[.]"

On March 27, 2025, counsel for plaintiffs submitted proposed redactions to the Memorandum Opinion. ECF 125. The defense did not submit any proposed redactions. If defendant objects to any of plaintiffs' proposed redactions, defendant must notify the Court by **5:00 p.m. on March 31, 2025.**

The Court has reviewed plaintiffs' proposed redactions and, with one exception, is amenable to redacting those portions of the Memorandum Opinion that plaintiff identified. However, in my view, there is no justification to redact the first sentence of the second paragraph on page 86 of the Memorandum Opinion, following the words "Section 4.3 of the MLA states".

Therefore, by **5:00 p.m. on April 1, 2025**, plaintiffs are directed to notify the Court as to whether they are amenable to the public filing of the Memorandum Opinion with their proposed redactions, other than as noted herein. If plaintiffs are so amenable, they shall file the Memorandum Opinion on the Docket, with the specified redactions. However, if plaintiffs object to the Court's proposed disclosure of the sentence on page 86, plaintiffs are directed to file a memorandum providing the grounds on which their objection is based, due by **5:00 p.m. on April**

1

**1, 2025**.

Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

_____/s/_____
Ellen Lipton Hollander
United States District Judge

2