**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| TERRAN BIOSCIENCES, INC., UNIVERSITY OF MARYLAND, BALTIMORE, and SCOTT THOMPSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> COMPASS PATHFINDER LIMITED, <br><br><br> *Defendant*. | Civil Action No. 1:22-cv-01956-ELH |

**PLAINTIFFS' MOTION FOR ISSUANCE OF LETTER OF REQUEST PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS DATED MARCH 18, 1970**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and [Proposed] Letter of Request, Plaintiffs respectfully move this Court, before the Honorable Ellen L. Hollander, on such date and at such time as the Court may direct, to issue this Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Letters of Request") for the taking of testimony overseas, pursuant to 28 U.S.C. § 1781, Federal Rule of Civil Procedure 28(b), and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 74444, 23 U.S.T. 2555, which is in force between the United States and Denmark.

1

Dated: July 3, 2025

*/s/ Nicola R. Felice*

Steven C. Cherny (admitted *pro hac vice*)
Matthew A. Traupman (admitted *pro hac vice*)
Nicola R. Felice (admitted *pro hac vice*)
Abigail M. Graegin (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
nicolafelice@quinnemanuel.com
abbygraegin@quinnemanuel.com

*/s/ Patrick D. Curran*

Patrick D. Curran (admitted *pro hac vice*)
Kathleen Marini (admitted *pro hac vice*)
Ryan P. Gorman (admitted *pro hac vice*)
Alexandra O. Schelle (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Telephone: (617) 712-7100
patrickcurran@quinnemanuel.com
kathleenmarini@quinnemanuel.com
ryangorman@quinnemanuel.com
alexandraschelle@quinnemanuel.com

Ramsay M. Whitworth (Fed. Bar #26251)
Andrew M. Harvey (Fed. Bar #21925)
Silverman, Thompson, Slutkin
& White
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-2225
rwhitworth@silvermanthompson.com
aharvey@silvermanthompson.com

*Attorneys for Plaintiffs Terran Biosciences,
Inc. and Professor Scott Thompson*

/s/ Steven E. Tiller
Steven E. Tiller (Bar #11085)
Whiteford, Taylor & Preston LLP
7 Saint Paul Street, Suite 1500
Baltimore, MD 21202
Telephone: (410) 347-9425
stiller@whitefordlaw.com

*Attorneys for Plaintiff University of Maryland, Baltimore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, I caused a true and correct copy of the foregoing to

be served by email on all counsel of record for Defendant at their following addresses:

John M. Desmarais (admitted *pro hac vice*)
Steven M. Balcof (admitted *pro hac vice)*
Joze Welsh (admitted *pro hac vice*)
Asim Zaidi (admitted *pro hac vice*)
Gillian Moore (admitted *pro hac vice*)
Davis A. Gonsalves-DeDobbelaere (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Ave., 26th Fl.
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
JDesmarais@desmaraisllp.com
SBalcof@desmaraisllp.com
JWelsh@desmaraisllp.com
AZaidi@desmaraisllp.com
GMoore@desmaraisllp.com
DGonsalves-dedobbelaere@desmaraisllp.com
CompassPathfinderService@desmaraisllp.com

Jean E. Lewis (Bar No. 27562)
Justin A. Redd (Bar No. 18614)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
jlewis@kg-law.com
jredd@kg-law.com

*Attorneys for Defendant Compass*
*Pathfinder Limited*

/s/ *Alexandra O. Schelle*