UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TERRAN BIOSCIENCES, INC.,
UNIVERSITY OF MARYLAND,
BALTIMORE, and SCOTT THOMPSON,

    *Plaintiffs*,

v.

COMPASS PATHFINDER LIMITED,
EKATERINA MALIEVSKAIA, M.D., and
GEORGE GOLDSMITH

    *Defendants*.

Civil Action No. 1:22-cv-01956-ELH

[PROPOSED] ORDER

Upon consideration of the Joint Motion to Modify Expert Disclosure Deadlines (the "Joint Motion"), it is hereby ORDERED that:

1. The Joint Motion is GRANTED;

2. The deadline for Plaintiffs' Rule 26(a)(2) disclosures is August 20, 2025;

3. The deadline for Defendants' Rule 26(a)(2) Disclosures is September 19, 2025;

4. The deadline for Plaintiffs' Rebuttal Rule 26(a)(2) Disclosures is October 3, 2025;

5. The deadline for Rule 26(e)(2) Supplementation of Disclosures and Responses is October 10, 2025.

SO ORDERED.

_____
United States District Judge Ellen L. Hollander

7/24/25